IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JON MILLS, ADC #86911                                                                               PLAINTIFF

v.                                          5:08CV00079 WRW/HDY

STATE OF ARKANSAS, et al.                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice.

IT IS SO ORDERED this 7th day of April, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE